Robert BREHM, et al.,
Plaintiffs-Appellants,

v.

Homer ORPHAN, Administrator of the Estate of Arist C. Orphant, Deceased, et al., Defendants-Respondents.

No. 44141.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 18, 1984.

Melvin Heller, Clayton, for plaintiffs-appellants.

James Godfrey, Godfrey, Vandover & Burns, Inc., Thomas A. Connelly, St. Louis, for defendants-respondents.

ORDER

PER CURIAM:

This is an appeal from an order granting defendant's motions for new trial following a jury verdict for the plaintiffs.

The trial court's action was not erroneous and is affirmed. Rule 84.16(b).